USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA RAMALES,

                  Plaintiff,

-against-

LUCKY COIN 888 LAUNDROMAT INC. et al.,

                  Defendants.

24-CV-05745 (MMG)

**ORDER FOR LIMITED APPEARANCE OF PRO BONO COUNSEL**

MARGARET M. GARNETT, United States District Judge:

      By separate order, this case will be referred to Magistrate Judge Moses for a settlement conference. The Clerk of Court is directed to attempt to locate pro bono counsel to represent Defendant Lucky Coin 888 Laundromat Inc. at the settlement conference. If counsel is located, such counsel will represent Defendant Lucky Coin 888 Laundromat Inc. solely for the purposes of settlement negotiations and the settlement conference, and that representation will terminate at the conclusion of the settlement process. **If** counsel is located **and** counsel determines that the interests of all Defendants are aligned, counsel may represent **all** Defendants for the purposes of settlement negotiations and the settlement conference, and that representation will terminate at the conclusion of the settlement process.

      Once counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the parties should contact Magistrate Judge Moses to schedule a date for the settlement conference.

      The Clerk of Court is directed to mail a copy of this Order to Defendant Lucky Coin 888 Laundromat Inc. at the following address:

> Lucky Coin 888 Laundromat
> 2156 2nd Avenue
> New York, NY 10029

Dated: September 27, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge