UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUANA RAMALES, | |
| Plaintiff, | |
| -against- | 24-CV-05745 (MMG) |
| LUCKY COIN 888 LAUNDROMAT INC. et al., | **ORDER** |
| Defendants. | |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 9/27/2024

MARGARET M. GARNETT, United States District Judge:

The Court received in Chambers the attached letters from Defendant Lucky Coin 888 Laundromat Inc. In light of this correspondence, the parties' briefing on default judgment is ADJOURNED *sine die*, and the time for Defendants to answer or respond to the Complaint is STAYED pending appointment of *pro bono* counsel.

Defendants Wenjin Lin and Yanfang Lui are each ORDERED to file a notice of appearance in this case.

The Clerk of Court is directed to mail a copy of this Order to all Defendants at the following address:

> Wenjin Lin
> Yanfang Lui
> Lucky Coin 888 Laundromat
> 2156 2nd Avenue
> New York, NY 10029

Dated: September 27, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge

Lucky Coin 888 Laundromat,
2156 2nd Avenue,
New York, NY 10029
08/21/2024

Margaret M. Garnett, U.S. District Judge
40 Foley Square, Courtroom 906
New York, NY 10007

Juana Ramales/Catalina Sojo
CSM LEGAL, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

Case 1:24-cv-05745

Dear Margaret M. Garnett,

I am writing in regard to the above-referenced case to confirm receipt of my response to the lawsuit complaint filed against me. I submitted my original response on August, 24th, to the Plaintiff but I have been informed by the court that they did not receive it.

To ensure that the court has the necessary documentation, I am resubmitting my response along with this letter. Please find enclosed a copy of the original response I submitted.

We kindly request that you confirm receipt of this correspondence and include it in the court's records for this case.

Sincerely,

Lucky Coin 888 Laundromat
2156 2nd Avenue,
New York, NY 10029

Lucky Coin 888 Laundromat,
2156 2nd Avenue,
New York, NY 10029
08/21/2024

United States District Court for the Southern District of New York
500 Pearl St
New York, NY 10007

Juana Ramales/Catalina Sojo
CSM LEGAL, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

Case 1:24-cv-05745

Dear Juana Ramales/Catalina Sojo,

Please accept our sincere apologies for the delay in responding to the summons. Due to language barriers, Mr. Wen Jin Lin needed additional time to seek assistance in translating the legal documents, which contributed to the delay. As a small business, Lucky Coin 888 Laundromat is not in a position to afford legal representation at this time.

This Letter is in response to the allegations made against Lucky Coin 888 Laundromat concerning the claims of violations under the Fair Labor Standards Act (FLSA), the New York Minimum Wage Act, and related provisions under New York state labor law.

Lucky Coin 888 Laundromat denies the allegations of these claims. We take compliance with all labor laws, including the Fair Labor Standards Act (FLSA), very seriously, and we maintain that Lucky Coin 888 Laundromat has consistently adhered to these regulations.

Sincerely,

Lucky Coin 888 Laundromat
2156 2nd Avenue,
New York, NY 10029



```
            UNITED STATES
            POSTAL SERVICE.

              CHINATOWN
             6 DOYERS ST
          NEW YORK, NY 10013-9991
             (800)275-8777           09:34 AM
08/24/2024
                                      Price
Product            Qty    Unit
                          Price

Cardinal #10 Env    1     $0.95       $0.95

                                      $0.95
Grand Total:

                                      $5.00
Cash
Change                               -$4.05
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 359604-0004
Receipt #: 840-51000021-6-5718550-2
Clerk: 21