USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/5/2025__

# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884  FAX: (212) 563-9870  WEBSITE: www.thesamuellawfirm.com

**MICHAEL SAMUEL**
E-Mail: michael@thesamuellawfirm.com

February 4, 2025

VIA ECF

The Hon. Barbara Moses
United Stated District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: Juana Ramales v. Lucky Coin 888 Laundromat, Inc., et al.,
Case No. 24-cv-5745**

Dear Judge Moses:

We represent the defendants, *pro bono*, and write with the consent of the plaintiff to respectfully request that tomorrow's settlement conference be adjourned because we do not have mandarin translation arranged for the individual defendants at this time.

We apologize to the Court for the belated timing of this adjournment request, however we are in the process of conferring with Plaintiff's counsel as to mutually convenience future dates and will so advise the Court forthwith.

We thank the Court for its attention to this matter.

Respectfully submitted,

THE SAMUEL LAW FIRM

By: */s/ Michael Samuel*
Michael Samuel, Esq.
1441 Broadway – Suite 6085
New York, New York 10018
Telephone: (212) 563-9884
Facsimile: (212) 563-9870

*Pro Bono Attorneys for Defendants*

---

Application GRANTED. The settlement conference scheduled for today is hereby ADJOURNED *sine die*. No later than **February 12, 2025**, the parties shall file a joint letter proposing three dates on which they are available for a rescheduled settlement conference. Judge Moses ordinarily holds settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m. SO ORDERED.

_____ 2/5/2025
Barbara Moses, U.S.M.J.