```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA RAMALES,

    Plaintiff,

-against-

LUCKY COIN 888 LAUNDROMAT INC., et al.,

    Defendants.

24-CV-05745 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As a precondition for the settlement conference scheduled for March 20, 2025, each party was required to "convey to each opposing party at least one good-faith settlement demand or offer[.]" (Dkt. 19 ¶ 2.) The Court has reviewed defendants' updated confidential pre-settlement letter submitted on March 13, 2025, and it appears that defendants have not conveyed any offer to plaintiff. Consequently, it is hereby ORDERED that the parties promptly complete the required pre-conference settlement discussions. Thereafter, but no later than **March 18, 2025**, all parties must submit a *joint* supplemental settlement letter to chambers (by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov), confirming that they complied with this Order, providing the date and time of the discussion, and describing the terms of each party's most recent demand or offer.

Dated: New York, New York
       March 14, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**