UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA RAMALES, et al.,

      Plaintiffs,

-against-

LUCKY COIN 888 LAUNDROMAT INC., et al.,

      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2025
```

24-CV-05745 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to construction in Courtroom 20A, the settlement conference scheduled for March 20, 2025, at 2:15 p.m., will be held in **Courtroom 18D**, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
      March 14, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**