```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JUANA RAMALES,
*individually and on behalf of others similarly situated,*

Civil Action No. **1:24-cv-05745**

                              *Plaintiff,*

                                                              **JUDGMENT**

          -against-

LUCKY COIN 888 LAUNDROMAT INC. (D/B/A
LUCKY COIN 888 LAUNDROMAT), WENJIN LIN,
and YANFANG LUI,
                              *Defendants,*
-----------------------------------------------------------------X

<u>**JUDGMENT**</u>

On April 1, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JUANA RAMALES, has judgment against LUCKY COIN 888 LAUNDROMAT INC. (D/B/A LUCKY COIN 888 LAUNDROMAT), WENJIN LIN, and YANFANG LUI, jointly and severally, in the amount of Seventeen Thousand Five Hundred and Zero Cents ($17,500.00), which is inclusive of attorneys' fees and costs.

Dated April 2, 2025.

HON. JUDGE MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE